Order issued December 12, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01335-CV

## IN RE TIMOTHY SHELTON, Relator

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F93-04758-S**

# ORDER

Before Justices Morris, Richter, and Lang-Miers

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

JOSEPH B. MORRIS
JUSTICE